1 | **MATTHIESEN WICKERT & LEHRER, S.C.**
**Katherine A. Sandoval (SB# 303656)**
1851 East First Street, Suite 1150
Santa Ana, CA 92705
Telephone: 800.637.9176
ksandoval@mwl-law.com

Attorney for Plaintiff ARCH INSURANCE GROUP

**SNYDER BURNETT EGERER, LLP**
**Jeffrey Y. Choi (SB# 265173)**
**Daniel P. Park (SB# 339577)**
3757 State Street, Suite 2A
Santa Barbara, California 93105
Telephone No.: 805.692.2800
jchoi@sbelaw.com
dpark@sbelaw.com

Attorneys for Defendant COTTRELL, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE GROUP,<br><br>          Plaintiffs,<br><br>v.<br><br>VOLVO GROUP NORTH AMERICA, INC., a Delaware Corporation, Cottrell; East Coast Truck & Trailer Sales; PACCAR dba Peterbilt Motors Company; and DOES 1 through 30, inclusive,<br><br>          Defendants,<br>_____/ | Case No. 2:24-cv-02465-JDP<br>Hon. Jeremy D. Peterson<br>Courtroom 9, 13th floor<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT COTTRELL, INC. TO ANSWER THE COMPLAINT**<br><br>**[Filed concurrently with Stipulation]**<br><br>Scheduling Conference: October 24, 2024 |

---

1

**[PROPOSED] ORDER RE STIPULATION EXTENDING TIME DEFENDANT COTTRELL. INC. TO FILE AN ANSWER**

After due consideration of the stipulation of the parties to this stipulation, and good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

The time for Defendant Cottrell, Inc. to file an Answer to the First Amended Complaint is extended to October 18, 2024.

IT IS SO ORDERED.

Dated:   October 8, 2024                               _____
                                                                          JEREMY D. PETERSON
                                                                          UNITED STATES MAGISTRATE JUDGE